# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 15-1029-GW(JEMx) | Date | September 23, 2015 |
| Title | *Cheryl Ashley v. Commercial Acceptance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SETTLEMENT**

On September 22, 2015, Plaintiff Cheryl Ashley filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement for November 23, 2015 at 8:30 a.m.

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 20, 2015.

 

                                                                                                                                                                     :

Initials of Preparer     JG