JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYL ASHLEY,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **COMMERCIAL ACCEPTANCE COMPANY,** <br><br> Defendant. | Case No. SACV 15-01029-GW(JEMx) <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 24th day of November, 2015.

_____
GEORGE H. WU, U.S. District Judge

Order to Dismiss - 1